# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATSY WIDAKUSWARA, et al., <br><br>                  Plaintiffs, <br><br>    -against- <br><br> KARI LAKE, et al., <br><br>                 Defendants. | No. 25 Civ. 2390 |

**SUPPLEMENTAL DECLARATION OF PAULA HICKEY**

I, Paula Hickey, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 year of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Local President of the American Federation of Government Employees, AFL-CIO, Local 1812 ("Local 1812") a labor organization and unincorporated association that represents federal employees at the Voice of America (VOA) within the United States Agency for Global Media (USAGM). Local 1812 is an affiliate of the American Federation of Government Employees ("AFGE").

3. At 10:49 p.m. EST on March 25, 2025, I received an email from the USAGM Director for Human Resources that included two attachments, a "Reduction in Force Notification" and an excel spreadsheet with data on the employees affected by the Reduction in Force (RIF). The notice states "This is a notice of management's decision to implement a [RIF] for multiple competitive areas. The agency plans to send termination notices to employees in the next few weeks. Extraordinary circumstances, driven by the President's

March 14, 2025 executive order *Continuing the Reduction of the Federal Bureaucracy* and the need to provide clarity to employees necessitate a notification period shorter than three months." The notice further states that at least 594 Local 1812 bargaining unit members will be affected by the RIF. A true and correct copy of this notice is attached hereto as Exhibit 1.

4.  Also included in the email from the USAGM Human Resources Director is an excel spreadsheet with data on 594 affected employees, which includes International Broadcasters for Radio, Internet, TV, and Multimedia in dozens of different languages, Technicians, Budget Analysts, and Electronics Engineers, among others. My position was listed at the top of the spreadsheet. A true and correct copy of this document is attached hereto as Exhibit 2.

5.  If USAGM terminates the 594 listed employees, the bargaining unit represented by Local 1812 will effectively cease to exist. Without the International Broadcasters, Technicians, Budget Analysts, and Electronics Engineers, or the hundreds of employees encumbering other vital positions, VOA will not be able to provide the services it has offered for 83 years and therefore will not be able to meet its mission to counter propaganda and spread freedom and democracy abroad.

6.  VOA broadcasts to populations under authoritarian rule who turn to VOA as a trusted source of news. If VOA cannot meet its mission, the United States will be giving up its voice and leaving open a global communication void.

7.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed at Mitchellville, Maryland on the 26th day of March, 2025.

Paula Hickey

# EXHIBIT 1



**U.S. AGENCY FOR GLOBAL MEDIA**

330 Independence Ave SW, Washington, D.C. 20237

MEMORANDUM FOR          AFGE

FROM:                              CRYSTAL THOMAS
                                        Director of Human Resources

DATE:                             March 25, 2025

SUBJECT:                       Reduction in Force Notification

This is a notice of management's decision to implement a reduction in force (RIF) for multiple competitive areas. The agency plans to send termination notices to employees in the next few weeks. Extraordinary circumstances, driven by the President's March 14, 2025 executive order *Continuing the Reduction of the Federal Bureaucracy* and the need to provide clarity to employees necessitate a notification period shorter than three months.

1. The reason for the reduction in force:

The President's March 14, 2025, executive order *Continuing the Reduction of the Federal Bureaucracy*. Statutory positions and functions will remain.

2. The approximate number of employees who may be affected initially:

Approximately 594 AFGE bargaining unit employees, but this number is subject to change.

3. The competitive areas and levels that may initially be involved in a reduction in force:

See the accompanying attachment for the competitive areas and levels.

4. The anticipated effective date of the action.

Termination notices may be sent in the next few weeks, with a 60-calendar day period prior to the effective date.

# EXHIBIT 2

| Competitive Area | AFGE |
|---|---|
| Washington, DC | 570 |
| New York, NY | 9 |
| SALEM,MARION,OR | 1 |
| SAN ANTONIO,BEXAR,TX | 1 |
| CAPE CORAL,LEE,FL | 1 |
| WARSAW,RICHMOND,VA | 1 |
| NORFOLK (IND CITY),VA | 1 |
| HIGHLAND,MADISON,IL | 1 |
| PHOENIX,MARICOPA,AZ | 1 |
| CRYSTAL LAKE,MCHENRY,IL | 1 |
| KISSIMMEE,OSCEOLA,FL | 1 |
| PORTLAND,CUMBERLAND,ME | 1 |
| LOS ANGELES,LOS ANGELES,CA | 1 |
| PALM BAY,BREVARD,FL | 1 |
| LA SALLE,IL | 1 |
| PASADENA,LOS ANGELES,CA | 1 |
| FRANCONIA,GRAFTON,NH | 1 |

| Position ID |
| --- |
| V136191 |
| V3134 |
| V170260 |
| V158000 |
| V147138 |
| V3317 |
| V169178 |
| V210136 |
| V210135 |
| V220148 |
| V210085 |
| V220009 |
| V158079 |
| V170217 |
| V169161 |
| V240007 |
| V210139 |
| V240051 |
| V210103 |
| V20017 |
| V210085 |
| V210098 |
| V169188 |
| V169188 |
| V170215 |
| V136064 |
| V136087 |
| V136087 |
| V191056 |
| V169161 |
| V220038 |
| V210098 |
| V170213 |
| V190202 |
| V158083 |
| V169188 |
| V210147 |
| V147055 |
| V169077 |
| V210147 |
| V169084 |
| V190166 |
| V220063 |
| V220113 |
| V169188 |

V158083
V210064
V158145
V190202
V210141
V169188
V136206
V170216
V170213
V170216
V170213
V4102
V210064
V8211
V210210
V240028
V210143
V210133
V210142
V210145
V158006
V210064
V7487
V170217
V136064
V8598
V8388
V240071
V220210
V200034
V220032
V230026
Q170273
V200093
V190170
V170259
V169067
V180183
V210081
V169181
V250010
V4090
V114282
V170041
V158098
V170091
V4102

V17210
V170194
V210021
V169083
V190065
V17210
V17210
V17210
V190065
V180025
V17210
V210021
V17210
V170170
V180025
V180025
V210166
V170247
V210166
V180025
V190065
V180025
V190065
V180025
V190065
V210080
V190065
V169083
V190065
V170247
V170158
V190064
V190142
V190041
V190064
V170194
V170194
V190065
V180025
V17210
V170194
V170210
V170194
V220004
V200087
V220004
V190065

V190065
V190065
V170247
V180025
V169011
V170247
V190041
V190041
V220005
V190065
V17210
V170194
V170194
V5733
V170194
V200087
V170194
V9020
V190065
V180025
V190065
V180025
V180025
V180025
V114183
V2049
V190065
V7909
V190065
V180025
V180025
V180172
V180129
V240018
V3134
V3134
V3134
V3134
V3134
V3134
V210124
V136175
V240135
V180174
V170268
V220146
V220054

V114213
V114218
V114213
V200125
V210040
V0921
V114224
V114224
V210040
V158092
V210008
V114213
V114219
V210040
V136192
V190205
V125031
V210123
V210123
V210122
V210122
V230051
V190114
V114177
V210122
V210122
V8084
V210122
V200057
V114139
V190063
V170264
V136052
V147011
V180069
V210040
V170191
V230145
V158177
V200121
V200121
V210167
V220123
V7917
V200121
V210016
V240006

V200070
V220069
V240027
V230146
V180131
V7916
V180050
V180043
V190217
V136122
V136122
V220053
V220039
V210047
V230093
V136231
V230022
V180067
V169122
V210154
V210013
V210013
V169115
V158094
V158094
V230013
V158092
V7916
V230146
V136231
V158092
V136122
V147148
V169159
V7916
V180050
V7916
V158177
V7916
V1018
V158178
V158127
V158177
V7916
V158178
V210027
V7916

V210010
V1017
V136123
V200121
V158178
V210047
V136096
V1020
V3219
V3360
V3220
V7814
V220121
V210171
V240040
V220191
V169132
V170280
V180063
V230116
V7432
V180063
V210047
V158092
V210040
V169101
V0934
V8159
V6666
V170128
V169099
V180128
V7113
V169069
V136051
V200155
V210026
V220015
V230014
V230014
V210083
V190226
V220034
V190221
V220163
V220087
V200071

V220058
V210028
V180122
V190221
V169107
V230117
V210028
V230144
V190221
V169028
V169173
V230053
V210050
V158010
V158206
V190112
V190048
V220168
V170173
V3208
V114268
V220171
V190235
V114317
V210050
V240139
V220156
V170097
V3109
V4084
V158198
V170097
V169028
V250005
V240113
V114197
V210117
V114197
V114267
V136150
V136014
V136014
V210052
V8592
V240085
V158003
V170023

V125184
V169043
V158213
V158002
V125109
V170062
V230139
V230110
V210084
V210009
V136178
V169162
V210084
V240107
V7726
V7217
V190248
V200001
V190159
V169162
V169024
V6422
V5756
V125137
V190249
V6613
V170043
V230103
V190027
V147134
V147118
V190027
V170022
V7907
V180077
V3336
V240056
V136144
V170232
V3334
V210006
V170232
V136144
V210037
V210006
V170057
V210006

V170057
V136144
V136144
V210006
V210006
V136144
V136144
V210006
V210006
V220164
V136144
V136144
V136144
V136144
V210006
V136144
V136144
V136144
V136144
V210006
V210207
V230017
V3324
V3324
V3106
V210006
V158013
V158013
V170232
V170043
V210156
V170065
V8533
V210042
V136181
V180149
V180078
V240009
V240009
V240009
V220075
V220075
V169232
V200107
V1175
V220150
V200107

V200117
V240116
V190031
V180022
V180065
V170207
V4075
V240110
V136035
V240008
V158029
V220150
V220169
V169199
V220208
V210051
V169157
V169157
V114240
V169141
V114240
V169157
V210104
V1114
V210044
V158034
V136125
V114240
V147012
V7228
V200085
V1175
V200085
V200127
V1175
V200114
V170133
V170135
V200110
V190224
V190237
V147085
V210099
V170155
V147015
V210100
V180108

V169169
V230089
V169039
V230130
V170134
V169044
V169171
V169036
V170134
V136246
V180156
V180156
V0903
V0903
V7501
V180156
V190214
V190214
V190214
V158189
V190036
V190036
V190214
V158189
V158140
V169013
V158189
V240039
V240075
V220107
V240031
V240033
V158187
V4090
V4090
V220061
V210066
V210066
V3116
V3116
VV220029
V210217
V210098
V210098
V220036
V180007
V158132

V210098
V210098
V4090
V4090
V220176
V230067
V220151
V210014
V147027
V1156
V3116
V114262
V147026
V220061
V136106
V136106
V147149
V158198
V136106
V158132
V158132
V136192
V7857
V3116
V210014
V210014
V3104
V3116
V170054
V169164
V136153
V8014

| Position Title |
| --- |
| V136191.TECHNICAL INFORMATION SPECIALIST (INGEST COORDINATOR).13913.IB00.APPR |
| V3134.BUDGET ANALYST.15589.IB00.APPR |
| V170260.RECORDS AND INFORMATION MANAGEMENT SPECIALIST.16468.IB00.APPR |
| V158000.ADMINSTRATIVE OFFICER.14587.IB00.APPR |
| V147138.ADMINISTRATIVE OFFICER.14531.IB00.APPR |
| V3317.MULTIMEDIA PRODUCTION SPECIALIST.13080.IB00.APPR |
| V169178.INT BROADCASTER (MULTIMEDIA) (FRENCH).15831.IB00.APPR |
| V210136.MULTIMEDIA SPECIALIST (AMHARIC).18287.IB00.APPR |
| V210135.MULTIMEDIA SPECIALIST (AMHARIC).19562.IB00.APPR |
| V220148.INTERNATIONAL BROADCASTER (MULTIMEDIA) (FRENCH).18793.IB00.APPR |
| V210085.INT BROADCASTER (MULTIMEDIA) (SWAHILI).18540.IB00.APPR |
| V220009.INT BROADCASTER (MULTIMEDIA) (AFAN OROMO).18543.IB00.APPR |
| V158079.INT BROADCASTER (MULTIMEDIA) (FRENCH).18681.IB00.APPR |
| V170217.INT BROADCASTER (MULTIMEDIA) (AMHARIC).18713.IB00.APPR |
| V169161.INT BROADCASTER (MULTIMEDIA) (HAUSA).18714.IB00.APPR |
| V240007.INTERNATIONAL BROADCASTER (MULTIMEDIA) (FRENCH).19561.IB00.APPR |
| V210139.MULTIMEDIA SPECIALIST (ENGLISH).18282.IB00.APPR |
| V240051.INT BROADCASTER (MULTIMEDIA) (KIRUNDI/KINYARWANDA).19954.IB00.APPR |
| V210103.MULTIMEDIA SPECIALIST (HAUSA).18209.IB00.APPR |
| V20017.INT BROADCASTER (MULTIMEDIA) (KIRUNDI/KINYARWANDA)).17558.IB00.APPR |
| V210085.INT BROADCASTER (MULTIMEDIA) (SWAHILI).17993.IB00.APPR |
| V210098.MULTIMEDIA SPECIALIST (ENGLISH).18033.IB00.APPR |
| V169188.INT BROADCASTER (MULTIMEDIA) (FRENCH).17522.IB00.APPR |
| V169188.INT BROADCASTER (MULTIMEDIA) (FRENCH).17527.IB00.APPR |
| V170215.INT BROADCASTER (MULTIMEDIA) (AMHARIC).17557.IB00.APPR |
| V136064.INTERNATIONAL BROADCASTER (RADIO/INTERNET) (KIRUNDI/KINYARWA.17358.IB00.APPR |
| V136087.INT BROADCASTER (MULTIMEDIA) (HAUSA).16894.IB00.APPR |
| V136087.INT BROADCASTER (MULTIMEDIA) (HAUSA).16997.IB00.APPR |
| V191056.INT BROADCASTER (MULTIMEDIA)(SHONA/NDEBELE).17324.IB00.APPR |
| V169161.INT BROADCASTER (MULTIMEDIA) (HAUSA).17201.IB00.APPR |
| V220038.INTERNATIONAL BROADCASTER (MULTIMEDIA) (SHONA/NDEBELE).18403.IB00.APPR |
| V210098.MULTIMEDIA SPECIALIST (ENGLISH).18252.IB00.APPR |
| V170213.INT BROADCASTER (MULTIMEDIA) (TIGRIGNA).17361.IB00.APPR |
| V190202.INT BROADCASTER (MULTIMEDIA) (HAUSA).17962.IB00.APPR |
| V158083.INT BROADCASTER (MULTIMEDIA) (SOMALI).16956.IB00.APPR |
| V169188.INT BROADCASTER (MULTIMEDIA) (FRENCH).16739.IB00.APPR |
| V210147.MULTIMEDIA SPECIALIST (AMHARIC/AFAN OROMO/TIGRIGNA).18173.IB00.APPR |
| V147055.MULTIMEDIA PRODUCTION SPECIALIST.15752.IB00.APPR |
| V169077.INT BROADCASTER (MULTIMEDIA) (SOMALI).15797.IB00.APPR |
| V210147.MULTIMEDIA SPECIALIST (AMHARIC/AFAN OROMO/TIGRIGNA).18172.IB00.APPR |
| V169084.INT BROADCASTER (MULTIMEDIA) (BAMBARA).15556.IB00.APPR |
| V190166.INT BROADCASTER (MULTIMEDIA)(SOMALI).17215.IB00.APPR |
| V220063.DIGITAL MANAGING EDITOR (SWAHILI).19496.IB00.APPR |
| V220113.INTERNATIONAL BROADCASTER (MULTIMEDIA) (HAUSA).18760.IB00.APPR |
| V169188.INTERNATIONAL BROADCASTER (MULTIMEDIA) (FRENCH).17543.IB00.APPR |

V158083.INT BROADCASTER (MULTIMEDIA) (SOMALI).14916.IB00.APPR
V210064.MULTIMEDIA SPECIALIST (FRENCH).17961.IB00.APPR
V158145.INT BROADCASTER (RADIO/TV) (SWAHILI).15055.IB00.APPR
V190202.INT BROADCASTER (MULTIMEDIA) (HAUSA).17267.IB00.APPR
V210141.MULTIMEDIA SPECIALIST (ENGLISH).18175.IB00.APPR
V169188.INT BROADCASTER (MULTIMEDIA) (FRENCH).16957.IB00.APPR
V136206.IB (MULTIMEDIA) (PORTUGUESE).14833.IB00.APPR
V170216.INT BROADCASTER (MULTIMEDIA) (AFAN OROMO).16353.IB00.APPR
V170213.INT BROADCASTER (MULTIMEDIA) (TIGRIGNA).16355.IB00.APPR
V170216.INT BROADCASTER (MULTIMEDIA) (AFAN OROMO).16352.IB00.APPR
V170213.INT BROADCASTER (MULTIMEDIA) (TIGRIGNA).16354.IB00.APPR
V4102.INT BROADCASTER (SWAHILI).12753.IB00.APPR
V210064.MULTIMEDIA SPECIALIST (FRENCH).17924.IB00.APPR
V8211.RADIO PRODUCTION SPEC.9698.IB00.APPR
V210210.INT BROADCASTER (TIGRIGNA) (MULTIMEDIA) (TEAM LEAD).18636.IB00.APPR
V240028.INTERNATIONAL BROADCASTER (AMHARIC) (MULTIMEDIA) (TEAM LEAD).20191.IB00.APPR
V210143.MULTIMEDIA SPECIALIST (ENGLISH).18185.IB00.APPR
V210133.PRODUCER-DIRECTOR.18147.IB00.APPR
V210142.MULTIMEDIA SPECIALIST (ENGLISH).18171.IB00.APPR
V210145.MULTIMEDIA SPECIALIST (ENGLISH).18186.IB00.APPR
V158006.INT BROADCASTER (KIRUNDI).14620.IB00.APPR
V210064.MULTIMEDIA SPECIALIST (FRENCH).17960.IB00.APPR
V7487.INT BROADCASTER (RADIO & INTERNET) (KINYARWANDA).8300.IB00.APPR
V170217.INT BROADCASTER (MULTIMEDIA) (AMHARIC).16349.IB00.APPR
V136064.INT BROADCASTER (RADIO/INTERNET) (KINYARWANDA).14066.IB00.APPR
V8598.INT BROADCASTER (RADIO) (ENGLISH).12016.IB00.APPR
V8388.INT BROADCASTER (RADIO)(PORTUGUESE).10197.IB00.APPR
V240071.INTERNATIONAL BROADCASTER.20213.IB00.APPR
V220210.PROGRAM COORDINATOR.18708.IB00.APPR
V200034.EXECUTIVE PRODUCER (TV)(HAUSA).17403.IB00.APPR
V220032.MULTIMEDIA SPECIALIST (ENGLISH).18363.IB00.APPR
V230026.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PORTUGUESE).18761.IB00.APPR
Q170273.INTERNATIONAL BROADCASTER (MULTIMEDIA) (FRENCH).16496.IB00.APPR
V200093.INTERNATIONAL BROADCASTER (MULTIMEDIA).17484.IB00.APPR
V190170.INT BROADCASTER (MULTIMEDIA) (SOMALI).17218.IB00.APPR
V170259.INT BROADCASTER (MULTIMEDIA) (SOMALI).16475.IB00.APPR
V169067.EXECUTIVE PRODUCER (TV) (SWAHILI).16828.IB00.APPR
V180183.DIGITAL GRAPHICS ARTIST.16925.IB00.APPR
V210081.INT BROADCASTER (MULTIMEDIA) (SWAHILI).18069.IB00.APPR
V169181.EXECUTIVE PRODUCER (TV)(SOMALI).15725.IB00.APPR
V250010.INTERNATIONAL BROADCASTER - EDITOR.20490.IB00.APPR
V4090.GENERAL ASSIGNMENTS REPORTER (ENGLISH).12592.IB00.APPR
V114282.MULTIMEDIA PRODUCTION SPEC.12936.IB00.APPR
V170041.INT BROADCASTER (RADIO) (ENGLISH).15954.IB00.APPR
V158098.PROJECT MANAGER.14942.IB00.APPR
V170091.EXECUTIVE PRODUCER (TELEVISION).16016.IB00.APPR
V4102.INT BROADCASTER (SWAHILI).16829.IB00.APPR

V17210.TV BROADCAST TECHNICIAN (AUDIO).16335.IB00.APPR
V170194.TV MASTER CONTROL TECHNICIAN.17486.IB00.APPR
V210021.MULTIMEDIA SPECIALIST (GRAPHICS).17809.IB00.APPR
V169083.IT SPECIALIST (CUSTSPT).18955.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPECIALIST (TV PRODUCTION AUTOMATION).18782.IB00.APPR
V17210.TV BROADCAST TECHNICIAN (AUDIO).16333.IB00.APPR
V17210.TV BROADCAST TECHNICIAN (AUDIO).16331.IB00.APPR
V17210.TV BROADCAST TECHNICIAN (AUDIO).16330.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPECIALIST (TV PRODUCTION AUTOMATION).18837.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).18682.IB00.APPR
V17210.TV BROADCAST TECHNICIAN (AUDIO).16332.IB00.APPR
V210021.MULTIMEDIA SPECIALIST (GRAPHICS).17810.IB00.APPR
V17210.TV BROADCAST TECHNICIAN (AUDIO).16329.IB00.APPR
V170170.TV BROADCAST TECHNICIAN (CAMERA/FLR DIR/LIGHTING).16341.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).18496.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).17242.IB00.APPR
V210166.BROADCAST TECHNICIAN.18205.IB00.APPR
V170247.TELECOMMUNICATIONS SPECIALIST.20415.IB00.APPR
V210166.BROADCAST TECHNICIAN.18204.IB00.APPR
V180025.BROADCAST MAINTENCE TECHNICIAN (MULTIMEDIA).16804.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPECIALIST (TV PRODUCTION AUTOMATION).18309.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).17296.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPEC (TV PRODUCTION AUTOMATION).17378.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).17295.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPECIALIST.17700.IB00.APPR
V210080.IT SPECIALIST (SYSADMIN).19160.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPECIALIST.17699.IB00.APPR
V169083.LEAD IT SPECIALIST (CUSTSPT).15527.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPECIALIST.17702.IB00.APPR
V170247.TELECOMMUNICATIONS SPECIALIST.20414.IB00.APPR
V170158.PROGRAM COORDINATOR.16741.IB00.APPR
V190064.TV BROADCAST TECHNICIAN (VIDEO EDITOR).17123.IB00.APPR
V190142.TV MASTER CONTROL TECHNICIAN.17529.IB00.APPR
V190041.IT SPECIALIST (CUSTSPT).17300.IB00.APPR
V190064.TV BROADCAST TECHNICIAN (VIDEO EDITOR).17969.IB00.APPR
V170194.TV MASTER CONTROL TECHNICIAN.18392.IB00.APPR
V170194.TV MASTER CONTROL TECHNICIAN.16270.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPEC (TV PRODUCTION AUTOMATION).17418.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).18618.IB00.APPR
V17210.TV BROADCAST TECHNICIAN (AUDIO).16334.IB00.APPR
V170194.TV MASTER CONTROL TECHNICIAN.16266.IB00.APPR
V170210.TV BROADCAST TECHNICIAN (AUDIO).16328.IB00.APPR
V170194.TV MASTER CONTROL TECHNICIAN.16296.IB00.APPR
V220004.TV BROADCAST TECHNICIAN (VIDEO EDITOR).18325.IB00.APPR
V200087.AUDIOVISUAL PRODUCTION SPECIALIST.17460.IB00.APPR
V220004.TV BROADCAST TECHNICIAN (VIDEO EDITOR).18324.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPEC (TV PRODUCTION AUTOMATION).17339.IB00.APPR

V190065.AUDIOVISUAL PRODUCTION SPEC (TV PRODUCTION AUTOMATION).17487.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPEC (TV PRODUCTION AUTOMATION).17417.IB00.APPR
V170247.TELECOMMUNICATIONS SPECIALIST.16485.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).18546.IB00.APPR
V169011.IT SPECIALIST (SYSADMIN).15714.IB00.APPR
V170247.TELECOMMUNICATIONS SPECIALIST.16481.IB00.APPR
V190041.IT SPECIALIST (CUSTSPT).17299.IB00.APPR
V190041.IT SPECIALIST (CUSTSPT).17149.IB00.APPR
V220005.TV BROADCAST TECHNICIAN (VIDEO EDITOR).18302.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPECIALIST (TV PRODUCTION AUTOMATION).19152.IB00.APPR
V17210.TV BROADCAST TECHNICIAN (AUDIO).19026.IB00.APPR
V170194.TV MASTER CONTROL TECHNICIAN.16272.IB00.APPR
V170194.TV MASTER CONTROL TECHNICIAN.16298.IB00.APPR
V5733.TV BROADCAST TECHNICIAN.11228.IB00.APPR
V170194.TV MASTER CONTROL TECHNICIAN.16293.IB00.APPR
V200087.AUDIOVISUAL PRODUCTION SPECIALIST.17462.IB00.APPR
V170194.TV MASTER CONTROL TECHNICIAN.16292.IB00.APPR
V9020.TV PRODUCTION SPEC.4625.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPEC (TV PRODUCTION AUTOMATION).18232.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).17253.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPEC (TV PRODUCTION AUTOMATION).17367.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).16846.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).20112.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).20151.IB00.APPR
V114183.LEAD TELECOMMUNICATIONS SPECIALIST.16864.IB00.APPR
V2049.IT SPECIALIST (CUSTSPT).11614.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPECIALIST (TV PRODUCTION AUTOMATION).18311.IB00.APPR
V7909.IT SPECIALIST (SYSADMIN).9399.IB00.APPR
V190065.AUDIOVISUAL PRODUCTION SPEC (TV PRODUCTION AUTOMATION).18306.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).20092.IB00.APPR
V180025.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).20131.IB00.APPR
V180172.TV BROADCAST TECHNICIAN.16862.IB00.APPR
V180129.IT SPECIALIST (PLCYPLN).16792.IB00.APPR
V240018.BUDGET ANALYST.19326.IB00.APPR
V3134.BUDGET ANALYST.17851.IB00.APPR
V3134.BUDGET ANALYST.17852.IB00.APPR
V3134.BUDGET ANALYST.18429.IB00.APPR
V3134.BUDGET ANALYST.12873.IB00.APPR
V3134.BUDGET ANALYST.13598.IB00.APPR
V3134.BUDGET ANALYST.13611.IB00.APPR
V210124.PROJECT MANAGER.18131.IB00.APPR
V136175.DIGITAL CONTENT COORDINATOR.13902.IB00.APPR
V240135.DEVELOPMENT AND TRAINING PROJECT MANAGER.20336.IB00.APPR
V180174.INFORMATION TECHNOLOGY SPECIALIST (APPSW).16865.IB00.APPR
V170268.SUPV IT SPECIALIST (INET).16866.IB00.APPR
V220146.INT BROADCASTER (MULTIMEDIA).18493.IB00.APPR
V220054.INTERNATIONAL BROADCASTER (MULTIMEDIA) (MANDARIN).18444.IB00.APPR

V114213.INT BROADCASTER (TV) (MANDARIN).15148.IB00.APPR
V114218.INTERNATIONAL BROADCASTER (TELEVISION) (MANDARIN).13755.IB00.APPR
V114213.INTERNATIONAL BROADCASTER (TELEVISION) (MANDARIN).13753.IB00.APPR
V200125.MULTIMEDIA SPECIALIST (MANDARIN).17553.IB00.APPR
V210040.MULTIMEDIA SPECIALIST (MANDARIN).18382.IB00.APPR
V0921.INT BROADCASTER (CANTONESE).13085.IB00.APPR
V114224.INT BROADCASTER (MANDARIN).12808.IB00.APPR
V114224.INT BROADCASTER (MANDARIN).12804.IB00.APPR
V210040.MULTIMEDIA SPECIALIST (MANDARIN).17798.IB00.APPR
V158092.INTERNATIONAL BROADCASTER (MULTIMEDIA) (MANDARIN).16652.IB00.APPR
V210008.MULTIMEDIA SPECIALIST (CANTONESE).17916.IB00.APPR
V114213.INT BROADCASTER (TV) (MANDARIN).12803.IB00.APPR
V114219.INTERNATIONAL BROADCASTER (MANDARIN).13649.IB00.APPR
V210040.MULTIMEDIA SPECIALIST (MANDARIN).17801.IB00.APPR
V136192.INTERNATIONAL BROADCASTER.15926.IB00.APPR
V190205.INTERNATIONAL BROADCASTER (MULTIMEDIA) (MANDARIN).17274.IB00.APPR
V125031.INT BROADCASTER (MANDARIN).13193.IB00.APPR
V210123.CONTRACT SPECIALIST.20333.IB00.APPR
V210123.CONTRACT SPECIALIST.18685.IB00.APPR
V210122.CONTRACT SPECIALIST.19428.IB00.APPR
V210122.CONTRACT SPECIALIST.20289.IB00.APPR
V230051.PROCUREMENT ANALYST.19038.IB00.APPR
V190114.CONTRACT SPECIALIST.18737.IB00.APPR
V114177.OFFICE MGR.13405.IB00.APPR
V210122.CONTRACT SPECIALIST.19090.IB00.APPR
V210122.CONTRACT SPECIALIST.19501.IB00.APPR
V8084.CONTRACT SPECIALIST (SIMPLIFIED ACQUISITIONS).12451.IB00.APPR
V210122.CONTRACT SPECIALIST.20311.IB00.APPR
V200057.PROCUREMENT ANALYST.17530.IB00.APPR
V114139.PROCUREMENT ASSISTANT.12835.IB00.APPR
V190063.AUDIENCE ENGAGEMENT ANALYST.17594.IB00.APPR
V170264.RESEARCH ANALYST.16472.IB00.APPR
V136052.WEB DESIGNER.13739.IB00.APPR
V147011.IT SPECIALIST (INET) WEB DEVELOPER.14111.IB00.APPR
V180069.PROGRAM ANALYST (METRICS).16693.IB00.APPR
V210040.MULTIMEDIA SPECIALIST (MANDARIN).17795.IB00.APPR
V170191.INTERNATIONAL BROADCASTER (MANDARIN).16260.IB00.APPR
V230145.MULTIMEDIA SPECIALIST (KHMER).19454.IB00.APPR
V158177.INTERNATIONAL BROADCASTER (MULTIMEDIA) (INDONESIAN).15507.IB00.APPR
V200121.MULTIMEDIA SPECIALIST (INDONESIAN).19210.IB00.APPR
V200121.MULTIMEDIA SPECIALIST (INDONESIAN).19211.IB00.APPR
V210167.MULTIMEDIA SPECIALIST (TIBETAN).18369.IB00.APPR
V220123.INTERNATIONAL BROADCASTER (MULTIMEDIA) (BURMESE).18704.IB00.APPR
V7917.INTERNATIONAL BROADCASTER (MULTIMEDIA) (BURMESE).17401.IB00.APPR
V200121.MULTIMEDIA SPECIALIST (INDONESIAN).17899.IB00.APPR
V210016.INTERNATIONAL BROADCASTER (MULTIMEDIA)(VIETNAMESE).17735.IB00.APPR
V240006.INTERNATIONAL BROADCASTER (MULTIMEDIA) (LAO).19458.IB00.APPR

V200070.RADIO PRODUCTION SPECIALIST (KOREAN).17503.IB00.APPR
V220069.INTERNATIONAL BROADCASTER (MULTIMEDIA) (VIETNAMESE).18384.IB00.APPR
V240027.MULTIMEDIA SPECIALIST (VIETNAMESE).19955.IB00.APPR
V230146.INTERNATIONAL BROADCASTER (MULTIMEDIA) (KHMER).19457.IB00.APPR
V180131.INTL BROADCASTER (MULTIMEDIA) (VIETNAMESE).16816.IB00.APPR
V7916.INTERNATIONAL BROADCASTER (MULTIMEDIA) (BURMESE).17154.IB00.APPR
V180050.INT BROADCASTER (MULTIMEDIA) (BURMESE).16692.IB00.APPR
V180043.INTERNATIONAL BROADCASTER (MULTIMEDIA) (BURMESE).16646.IB00.APPR
V190217.INTERNATIONAL BROADCASTER (MULTIMEDIA) (TIBETAN).17297.IB00.APPR
V136122.ITNL BROADCASTER (KOREAN).16926.IB00.APPR
V136122.INTERNATIONAL BROADCASTER (MULTIMEDIA) (KOREAN).17130.IB00.APPR
V220053.INT BROADCASTER (MULTIMEDIA) (VIETNAMESE).18623.IB00.APPR
V220039.INTERNATIONAL BROADCASTER (MULTIMEDIA) (VIETNAMESE).18405.IB00.APPR
V210047.MULTIMEDIA SPECIALIST (INDONESIAN).17898.IB00.APPR
V230093.INTERNATIONAL BROADCASTER (MULTIMEDIA) (KHMER).19151.IB00.APPR
V136231.INTERNATIONAL BROADCASTER (MULTIMEDIA) (KHMER).16762.IB00.APPR
V230022.INTERNATIONAL BROADCASTER (KOREAN).18759.IB00.APPR
V180067.INTERNATIONAL BROADCASTER (MULTIMEDIA) (THAI).17713.IB00.APPR
V169122.INTERNATIONAL BROADCASTER (MULTIMEDIA) (VIETNAMESE).15610.IB00.APPR
V210154.MULTIMEDIA SPECIALIST (KOREAN).18183.IB00.APPR
V210013.MULTIMEDIA SPECIALIST (KOREAN).17709.IB00.APPR
V210013.MULTIMEDIA SPECIALIST (KOREAN).17710.IB00.APPR
V169115.INTERNATIONAL BROADCASTER (MULTIMEDIA) (LAO).16361.IB00.APPR
V158094.INTERNATIONAL BROADCASTER (MULTIMEDIA) (MANDARIN).16599.IB00.APPR
V158094.INTERNATIONAL BROADCASTER (MULTIMEDIA) (MANDARIN).16592.IB00.APPR
V230013.INT BROADCASTER (MULTIMEDIA) (MANDARIN).18754.IB00.APPR
V158092.INTERNATIONAL BROADCASTER (MULTIMEDIA) (MANDARIN).17335.IB00.APPR
V7916.INTERNATIONAL BROADCASTER (MULTIMEDIA) (BURMESE).17397.IB00.APPR
V230146.INTERNATIONAL BROADCASTER (MULTIMEDIA) (KHMER).19453.IB00.APPR
V136231.INTERNATIONAL BROADCASTER (MULTIMEDIA) (KHMER).15306.IB00.APPR
V158092.INTERNATIONAL BROADCASTER (MULTIMEDIA) (MANDARIN).15609.IB00.APPR
V136122.INTERNATIONAL BROADCASTER (MULTIMEDIA) (KOREAN).17195.IB00.APPR
V147148.INT BROADCASTER (TIBETAN).14570.IB00.APPR
V169159.INTERNATIONAL BROADCASTER (MULTIMEDIA) (VIETNAMESE).16369.IB00.APPR
V7916.INTERNATIONAL BROADCASTER (BURMESE).14828.IB00.APPR
V180050.INTERNATIONAL BROADCASTER (MULTIMEDIA) (BURMESE).17841.IB00.APPR
V7916.INT BROADCASTER (BURMESE).14400.IB00.APPR
V158177.INTERNATIONAL BROADCASTER (MULTIMEDIA) (INDONESIAN).16306.IB00.APPR
V7916.INTERNATIONAL BROADCASTER (BURMESE).14402.IB00.APPR
V1018.INTERNATIONAL BROADCASTER (KOREAN).14627.IB00.APPR
V158178.INTERNATIONAL BROADCASTER (MULTIMEDIA) (INDONESIAN).15582.IB00.APPR
V158127.INTERNATIONAL BROADCASTER (MULTIMEDIA ) (KHMER).14992.IB00.APPR
V158177.INTERNATIONAL BROADCASTER (MULTIMEDIA) (INDONESIAN).15506.IB00.APPR
V7916.INTERNATIONAL BROADCASTER (BURMESE).14401.IB00.APPR
V158178.INTERNATIONAL BROADCASTER (MULTIMEDIA) (INDONESIAN).15584.IB00.APPR
V210027.MULTIMEDIA SPECIALIST (THAI).17734.IB00.APPR
V7916.INT BROADCASTER (BURMESE).16389.IB00.APPR

V210010.MULTIMEDIA SPECIALIST (KHMER).17706.IB00.APPR
V1017.RADIO PRODUCTION SPECIALIST (KOREAN).16653.IB00.APPR
V136123.INTL BROADCASTER (MULTIMEDIA) (KOREAN).15738.IB00.APPR
V200121.MULTIMEDIA SPECIALIST (INDONESIAN).17807.IB00.APPR
V158178.INTERNATIONAL BROADCASTER (MULTIMEDIA) (INDONESIAN).15100.IB00.APPR
V210047.MULTIMEDIA SPECIALIST (INDONESIAN).17806.IB00.APPR
V136096.INTERNATIONAL BROADCASTER (MULTIMEDIA) (INDONESIAN).15570.IB00.APPR
V1020.INT BROADCASTER (KOREAN).11203.IB00.APPR
V3219.INT BROADCASTER (TV) (TIBETAN).12004.IB00.APPR
V3360.INT BROADCASTER (INDONESIAN).12270.IB00.APPR
V3220.INT BROADCASTER (TV) (TIBETAN).12001.IB00.APPR
V7814.INT BROADCASTER (TIBETAN).8754.IB00.APPR
V220121.DIGITAL EDITOR (KOREAN).18491.IB00.APPR
V210171.INTERNATIONAL BROADCASTER (MULTIMEDIA)(MANDARIN).18213.IB00.APPR
V240040.INT BROADCASTER (MULTIMEDIA) (KOREAN).19819.IB00.APPR
V220191.INTERNATIONAL BROADCASTER (MULTIMEDIA) (KOREAN).18732.IB00.APPR
V169132.MULTIMEDIA PRODUCTION SPECIALIST (TIBETAN).17017.IB00.APPR
V170280.INTERNATIONAL BROADCASTER (TIBETAN).16609.IB00.APPR
V180063.INT BROADCASTER (KOREAN).18178.IB00.APPR
V230116.INTERNATIONAL BROADCASTER (MULTIMEDIA) (KOREAN).19150.IB00.APPR
V7432.TV PRODUCTION SPEC (DIRECTOR) (INDONESIAN).8764.IB00.APPR
V180063.INT BROADCASTER (KOREAN).18072.IB00.APPR
V210047.MULTIMEDIA SPECIALIST (INDONESIAN).17805.IB00.APPR
V158092.INTERNATIONAL BROADCASTER (MULTIMEDIA) (MANDARIN).16914.IB00.APPR
V210040.MULTIMEDIA SPECIALIST (MANDARIN).17799.IB00.APPR
V169101.ELECTRONICS ENGINEER.16492.IB00.APPR
V0934.TELECOMMUNICATIONS SPEC.11178.IB00.APPR
V8159.PROPERTY MANAGEMENT SPEC.10098.IB00.APPR
V6666.ELECTRONICS ENGINEER.10426.IB00.APPR
V170128.MECHANICAL ENGINEER.17323.IB00.APPR
V169099.LOGISTICS MANAGEMENT SPECIALIST.16782.IB00.APPR
V180128.ELECTRONICS ENGINEER.16789.IB00.APPR
V7113.CIVIL ENGINEER.8347.IB00.APPR
V169069.MEDIA DELIVERY SYSTEMS OFFICER.15511.IB00.APPR
V136051.INTERNATIONAL BROADCASTER (ONLINE) (RUSSIAN).13648.IB00.APPR
V200155.LEAD MANAGING EDITOR (RUSSIAN).17619.IB00.APPR
V210026.INTERNATIONAL BROADCASTER (MULTIMEDIA) (RUSSIAN).17817.IB00.APPR
V220015.DIGITAL MEDIA SPECIALIST (RUSSIAN).19015.IB00.APPR
V230014.MULTIMEDIA SPECIALIST (RUSSIAN).18957.IB00.APPR
V230014.MULTIMEDIA SPECIALIST (RUSSIAN).18994.IB00.APPR
V210083.MULTIMEDIA GRAPHICS SPECIALIST (RUSSIAN).18953.IB00.APPR
V190226.INTERNATIONAL BROADCASTER (TV/ONLINE) (ALBANIAN).18422.IB00.APPR
V220034.INT BROADCASTER (TV/ONLINE) (SERBIAN).18651.IB00.APPR
V190221.INTERNATIONAL BROADCASTER (TV/ONLINE) (SERBIAN).19956.IB00.APPR
V220163.PROGRAM COORDINATOR.18848.IB00.APPR
V220087.DIGITAL MEDIA SPECIALIST (UKRAINIAN).18630.IB00.APPR
V200071.INTERNATIONAL BROADCASTER (MULTIMEDIA) (BOSNIAN).17554.IB00.APPR

V220058.MULTIMEDIA GRAPHICS SPECIALIST (RUSSIAN).18541.IB00.APPR
V210028.INTERNATIONAL BROADCASTER (MULTIMEDIA) (UKRAINIAN).18399.IB00.APPR
V180122.INT BROADCASTER (MULTIMEDIA) (UKRAINIAN).16935.IB00.APPR
V190221.INTERNATIONAL BROADCASTER (TV/ONLINE) (SERBIAN).17502.IB00.APPR
V169107.INT BROADCASTER (TV/ONLINE) (UKRAINIAN).15778.IB00.APPR
V230117.MULTIMEDIA SPECIALIST (RUSSIAN).19089.IB00.APPR
V210028.INTERNATIONAL BROADCASTER (MULTIMEDIA) (UKRAINIAN).17819.IB00.APPR
V230144.INTERNATIONAL BROADCASTER (TV/ONLINE) (ALBANIAN).19310.IB00.APPR
V190221.INTERNATIONAL BROADCASTER (TV/ONLINE) (SERBIAN).17501.IB00.APPR
V169028.INT BROADCASTER (TV/ONLINE) (RUSSIAN).16187.IB00.APPR
V169173.INT BROADCASTER (TV/ONLINE) (RUSSIAN).15775.IB00.APPR
V230053.INTERNATIONAL BROADCASTER (TV/ONLINE) (RUSSIAN).19498.IB00.APPR
V210050.MULTIMEDIA SPECIALIST (ALBANIAN).17813.IB00.APPR
V158010.INT BROADCASTER (TV/ONLINE) (RUSSIAN).15731.IB00.APPR
V158206.INT BROADCASTER (TV/ONLINE) (MACEDONIAN).15146.IB00.APPR
V190112.INT BROADCASTER (TV/ONLINE) (RUSSIAN).17167.IB00.APPR
V190048.INT BROADCASTER (TV/ONLINE) (RUSSIAN).17112.IB00.APPR
V220168.MANAGEMENT AND PROGRAM ANALYST (FINANCIAL).18547.IB00.APPR
V170173.INVESTIGATIVE WRITER-EDITOR.19127.IB00.APPR
V3208.INT BROADCASTER (SERBIAN).11977.IB00.APPR
V114268.INT BROADCASTER (GEORGIAN).13046.IB00.APPR
V220171.INTERNATIONAL BROADCASTER (RUSSIAN) ONLINE.18840.IB00.APPR
V190235.INTERNATIONAL BROADCASTER (VJ) (ALBANIAN).17419.IB00.APPR
V114317.INT BROADCASTER (TV) (BOSNIAN).12988.IB00.APPR
V210050.MULTIMEDIA SPECIALIST (ALBANIAN).17814.IB00.APPR
V240139.MULTIMEDIA GRAPHICS DESIGNER.20434.IB00.APPR
V220156.INT BROADCASTER (MULTIMEDIA) (RUSSIAN).18642.IB00.APPR
V170097.INT BROADCASTER (MULTIMEDIA) (RUSSIAN).16021.IB00.APPR
V3109.SENIOR ANALYST.18375.IB00.APPR
V4084.INT BROADCASTER (TV) (UKRAINIAN).12895.IB00.APPR
V158198.EDITOR (SPECIALTY).15157.IB00.APPR
V170097.INT BROADCASTER (MULTIMEDIA) (RUSSIAN).16022.IB00.APPR
V169028.INT BROADCASTER (TV/ONLINE) (RUSSIAN).16647.IB00.APPR
V250005.INT BROADCASTER (TV/ONLINE) (UKRAINIAN).20431.IB00.APPR
V240113.FINANCIAL SPECIALIST.20225.IB00.APPR
V114197.ACCOUNTANT (INTERNAL CONTROLS).18794.IB00.APPR
V210117.PAYROLL SPECIALIST.18254.IB00.APPR
V114197.ACCOUNTANT (INTERNAL CONTROL).18806.IB00.APPR
V114267.ACCOUNTANT (ANALYSIS REPORTING AND COMPLIANCE).17282.IB00.APPR
V136150.SENIOR ACCOUNTANT.13830.IB00.APPR
V136014.MULTIMEDIA PRODUCTION SPECIALIST.13602.IB00.APPR
V136014.MULTIMEDIA PRODUCTION SPECIALIST.14837.IB00.APPR
V210052.PRODUCER.17821.IB00.APPR
V8592.IB (RADIO/TV) (ENGLISH).10660.IB00.APPR
V240085.HUMAN RESOURCES SPECIALIST.20214.IB00.APPR
V158003.IT SPECIALIST (SYSADMIN).14575.IB00.APPR
V170023.IT SPECIALIST (INET).15861.IB00.APPR

V125184.IT SPECIALIST (PROJMGT).14853.IB00.APPR
V169043.IT SPECIALIST (INFOSEC).15276.IB00.APPR
V158213.IT SPECIALIST (SYSADMIN).15739.IB00.APPR
V158002.IT SPECIALIST (SYSADMIN).14576.IB00.APPR
V125109.IT SPECIALIST (SYSADMIN).12949.IB00.APPR
V170062.IT SPECIALIST (INFOSEC).16797.IB00.APPR
V230139.IT SPECIALIST (SYSADMIN).19497.IB00.APPR
V230110.INTERNATIONAL BROADCASTER (CREOLE).19459.IB00.APPR
V210084.MULTIMEDIA SPECIALIST (SPANISH).18201.IB00.APPR
V210009.MULTIMEDIA SPECIALIST (SPANISH).17693.IB00.APPR
V136178.INTERNATIONAL BROADCASTER (MULTIMEDIA) (SPANISH).14975.IB00.APPR
V169162.INTERNATIONAL BROADCASTER (CREOLE).15673.IB00.APPR
V210084.MULTIMEDIA SPECIALIST (SPANISH).18169.IB00.APPR
V240107.INTERNET EDITOR (SPANISH).20171.IB00.APPR
V7726.INT BROADCASTER (TV/RADIO) (SPANISH).9034.IB00.APPR
V7217.INT RADIO BROADCASTER (SPANISH).8122.IB00.APPR
V190248.INTERNATIONAL BROADCASTER (MULTIMEDIA) (SPANISH).18076.IB00.APPR
V200001.PLANNING PRODUCER/EDITOR (SPANISH).17705.IB00.APPR
V190159.INTERNATIONAL BROADCASTER (SPANISH).17618.IB00.APPR
V169162.INTERNATIONAL BROADCASTER (CREOLE).15672.IB00.APPR
V169024.INTERNATIONAL BROADCASTER (MULTIMEDIA) (SPANISH).16000.IB00.APPR
V6422.WRITER.10444.IB00.APPR
V5756.WRITER.3835.IB00.APPR
V125137.GRAPHICS SUPPORT SPECIALIST.16092.IB00.APPR
V190249.VIDEO PRODUCTION SPECIALIST.17717.IB00.APPR
V6613.VISUAL INFORMATION SPEC.8504.IB00.APPR
V170043.PUBLIC AFFAIRS SPECIALIST.16854.IB00.APPR
V230103.TELECOMMUNICATIONS SPECIALIST.20011.IB00.APPR
V190027.TELECOMMUNICATIONS SPECIALIST.18005.IB00.APPR
V147134.IT SPECIALIST (NETWORK).14495.IB00.APPR
V147118.IT SPECIALIST (NETWORK).14411.IB00.APPR
V190027.TELECOMMUNICATIONS SPEC.17942.IB00.APPR
V170022.LEAD IT SPECIALIST (INET).15860.IB00.APPR
V7907.IT SPECIALIST (NETWORK).9349.IB00.APPR
V180077.TELECOMMUNICATIONS SPECIALIST.16712.IB00.APPR
V3336.INT BROADCASTER (PERSIAN).12152.IB00.APPR
V240056.TELEVISION EXECUTIVE PRODUCER (PERSIAN).19913.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).16670.IB00.APPR
V170232.MANAGEMENT AND PROGRAM ANALYST (FINANCIAL).18291.IB00.APPR
V3334.TV PRODUCTION SPECIALIST (PERSIAN).17587.IB00.APPR
V210006.MULTIMEDIA SPECIALIST (PERSIAN).18270.IB00.APPR
V170232.MANAGEMENT AND PROGRAM ANALYST (FINANCIAL).17902.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA)(PERSIAN).17842.IB00.APPR
V210037.PRODUCER.17732.IB00.APPR
V210006.MULTIMEDIA SPECIALIST (PERSIAN).17790.IB00.APPR
V170057.LEAD TV PRODUCTION SPECIALIST (PERSIAN).19607.IB00.APPR
V210006.MULTIMEDIA SPECIALIST (PERSIAN).17730.IB00.APPR

V170057.LEAD TV PRODUCTION SPECIALIST.18088.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).14753.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).15003.IB00.APPR
V210006.MULTIMEDIA SPECIALIST (PERSIAN).17727.IB00.APPR
V210006.MULTIMEDIA SPECIALIST (PERSIAN).17729.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).14685.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).14751.IB00.APPR
V210006.MULTIMEDIA SPECIALIST (PERSIAN).17728.IB00.APPR
V210006.MULTIMEDIA SPECIALIST (PERSIAN).17789.IB00.APPR
V220164.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).18715.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).14680.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).14679.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).13831.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).14712.IB00.APPR
V210006.MULTIMEDIA SPECIALIST (PERSIAN).17788.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).14677.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).14750.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).14758.IB00.APPR
V136144.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).14757.IB00.APPR
V210006.MULTIMEDIA SPECIALIST (PERSIAN).17786.IB00.APPR
V210207.INT BROADCASTER (DOMESTIC BEAT CORRESPONDENT)(PERSIAN).18320.IB00.APPR
V230017.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PERSIAN).18678.IB00.APPR
V3324.INT BROADCASTER (SENIOR CORRESPONDENT) (PERSIAN).12194.IB00.APPR
V3324.INT BROADCASTER (SENIOR CORRESPONDENT) (PERSIAN).13143.IB00.APPR
V3106.INT BROADCASTER (ENGLISH-FEATURES).12351.IB00.APPR
V210006.MULTIMEDIA SPECIALIST (PERSIAN).18307.IB00.APPR
V158013.PERFORMANCE REVIEW ANALYST.18686.IB00.APPR
V158013.PERFORMANCE REVIEW ANALYST.18687.IB00.APPR
V170232.MANAGEMENT AND PROGRAM ANALYST (FINANCIAL).20335.IB00.APPR
V170043.PUBLIC AFFAIRS SPECIALIST.18780.IB00.APPR
V210156.PUBLIC AFFAIRS SPECIALIST.18357.IB00.APPR
V170065.MANAGEMENT AND PROGRAM ANALYST.15972.IB00.APPR
V8533.MAIL OPERATIONS ASSISTANT.11621.IB00.APPR
V210042.ADMINISTRATIVE OFFICER.18361.IB00.APPR
V136181.ADMINISTRATIVE OFFICER.13961.IB00.APPR
V180149.ADMINISTRATIVE ASSISTANT (OA).16820.IB00.APPR
V180078.PROGRAM ANALYST.16716.IB00.APPR
V240009.IT PROJECT MANAGER (PLCYPLN).19804.IB00.APPR
V240009.IT PROJECT MANAGER (PLCYPLN).19267.IB00.APPR
V240009.IT PROJECT MANAGER (PLCYPLN).19268.IB00.APPR
V220075.GENERAL SERVICES SPECIALIST.18745.IB00.APPR
V220075.GENERAL SERVICES SPECIALIST.20455.IB00.APPR
V169232.SAFETY AND EMERGENCY PREPAREDNESS SPECIALIST.19287.IB00.APPR
V200107.DIGITAL MEDIA SPECIALIST (PASHTO).17534.IB00.APPR
V1175.MULTIMEDIA SPECIALIST (PASHTO).18753.IB00.APPR
V220150.MANAGEMENT AND PROGRAM ANALYST (FINANCIAL).19912.IB00.APPR
V200107.DIGITAL MEDIA SPECIALIST (PASHTO).18085.IB00.APPR

V200117.DIGITAL NEWS EDITOR (KURDISH).17994.IB00.APPR
V240116.INTERNATIONAL BROADCASTER (DIGITAL) (TURKISH).20458.IB00.APPR
V190031.GRAPHIC ARTIST (DIGITAL MEDIA).17155.IB00.APPR
V180022.INT BROADCASTER (MULTIMEDIA) (TURKISH/KURDISH).16843.IB00.APPR
V180065.INT BROADCASTER (VJ) (URDU).16730.IB00.APPR
V170207.INT BROADCASTER (MULTIMEDIA) (PASHTO).16676.IB00.APPR
V4075.INT BROADCASTER (ONLINE) (TURKISH).15010.IB00.APPR
V240110.INT BROADCASTER (MULTIMEDIA) (TURKISH).20416.IB00.APPR
V136035.INT BROADCASTER (PASHTO).14117.IB00.APPR
V240008.INTERNATIONAL BROADCASTER (MULTIMEDIA) (TURKISH).19429.IB00.APPR
V158029.INT BROADCASTER (ONLINE) (KURDISH).14805.IB00.APPR
V220150.MANAGEMENT AND PROGRAM ANALYST (FINANCIAL).18520.IB00.APPR
V220169.MANAGEMENT AND PROGRAM ANALYST (FINANCIAL).18548.IB00.APPR
V169199.INT BROADCASTER (MULTIMEDIA) (BANGLA).15722.IB00.APPR
V220208.EXECUTIVE PRODUCER.18993.IB00.APPR
V210051.MULTIMEDIA SPECIALIST (DARI).17816.IB00.APPR
V169157.INT BROADCASTER (MULTIMEDIA) (PASHTO).15720.IB00.APPR
V169157.INT BROADCASTER (MULTIMEDIA) (PASHTO).15718.IB00.APPR
V114240.INT BROADCASTER (MULTIMEDIA) (PASHTO).17205.IB00.APPR
V169141.INT BROADCASTER (MULTIMEDIA) (URDU).15632.IB00.APPR
V114240.INTERNATIONAL BROADCASTER (PASHTO).13773.IB00.APPR
V169157.INT BROADCASTER (MULTIMEDIA) (PASHTO).16461.IB00.APPR
V210104.INTERNATIONAL BROADCASTER (MULTIMEDIA) (BANGLA).18023.IB00.APPR
V1114.INT BROADCASTER (DARI).15412.IB00.APPR
V210044.MULTIMEDIA SPECIALIST (PASHTO).17802.IB00.APPR
V158034.INT BROADCASTER (UZBEK).14804.IB00.APPR
V136125.INTERNATIONAL BROADCASTER (MULTIMEDIA) (DARI).13774.IB00.APPR
V114240.INT BROADCASTER (MULTIMEDIA) (PASHTO).16763.IB00.APPR
V147012.INT BROADCASTER (BANGLA).14161.IB00.APPR
V7228.INT BROADCASTER (AZERBAIJANI).7329.IB00.APPR
V200085.INTERNATIONAL BROADCASTER (MULTIMEDIA)(URDU).17474.IB00.APPR
V1175.INT BROADCASTER (PASHTO).11861.IB00.APPR
V200085.INTERNATIONAL BROADCASTER (MULTIMEDIA)(URDU).17473.IB00.APPR
V200127.SENIOR TELEVISION SPECIALIST (PRODUCER)(KURDISH).18108.IB00.APPR
V1175.MULTIMEDIA SPECIALIST (PASHTO).18383.IB00.APPR
V200114.MULTIMEDIA SPECIALIST (PASHTO).17545.IB00.APPR
V170133.INT BROADCASTER (MULTIMEDIA) (TURKISH).16119.IB00.APPR
V170135.INT BROADCASTER (MULTIMEDIA) (PASHTO).16139.IB00.APPR
V200110.MULTIMEDIA SPECIALIST (TURKISH).17541.IB00.APPR
V190224.EDITOR (BRIDGE).17547.IB00.APPR
V190237.EXECUTIVE PRODUCER (TV) (URDU).17329.IB00.APPR
V147085.TV PRODUCTION SPECIALIST (URDU).14533.IB00.APPR
V210099.INTERNATIONAL BROADCASTER (MULTIMEDIA) (PASHTO).18177.IB00.APPR
V170155.INT BROADCASTER (MULTIMEDIA) (PASHTO).16186.IB00.APPR
V147015.INT BROADCASTER (DARI).14116.IB00.APPR
V210100.INTERNATIONAL BROADCASTER (MULTIMEDIA) (DARI).18176.IB00.APPR
V180108.EDITOR (DIGITAL) (DEEWA).17111.IB00.APPR

V169169.SPECIAL PROJECTS MANAGER.15683.IB00.APPR
V230089.AUDIOVISUAL PRODUCTION SPECIALIST.19023.IB00.APPR
V169039.EXECUTIVE PRODUCER (TV) (TURKISH).15267.IB00.APPR
V230130.EXECUTIVE PRODUCER (TV).19067.IB00.APPR
V170134.INT BROADCASTER (MULTIMEDIA) (KURDISH).19016.IB00.APPR
V169044.EXECUTIVE PRODUCER (TV) (KURDISH).18622.IB00.APPR
V169171.SENIOR EDITOR (MULTIMEDIA) (DARI).15681.IB00.APPR
V169036.INT BROADCASTER (MULTIMEDIA) (UZBEK).15261.IB00.APPR
V170134.INT BROADCASTER (MULTIMEDIA) (KURDISH).16142.IB00.APPR
V136246.SENIOR ANALYST.16175.IB00.APPR
V180156.IT SPECIALIST (CUSTSPT).17896.IB00.APPR
V180156.IT SPECIALIST (CUSTSPT).17897.IB00.APPR
V0903.IT SPECIALIST (CUSTSPT).12014.IB00.APPR
V0903.IT SPECIALIST (CUSTSPT).12013.IB00.APPR
V7501.IT SPECIALIST (CUSTSPT).12885.IB00.APPR
V180156.IT SPECIALIST (CUSTSPT).17220.IB00.APPR
V190214.TELECOMMUNICATIONS SPECIALIST(BROADCASTING MEDIA TECHNOLOGY).18083.IB00.APPR
V190214.TELECOMMUNICATIONS SPECIALIST (BROADCAST MEDIA TECHNOLOGY).17995.IB00.APPR
V190214.TELECOMMUNICATIONS SPECIALIST(BROADCASTING MEDIA TECHNOLOGY).18181.IB00.APPR
V158189.TELECOMMUNICATIONS SPECIALIST.17190.IB00.APPR
V190036.INFORMATION TECHNOLOGY SPECIALIST (CUSTSPT).17116.IB00.APPR
V190036.INFORMATION TECHNOLOGY SPECIALIST (CUSTSPT).17115.IB00.APPR
V190214.TELECOMMUNICATIONS SPECIALIST(BROADCASTING MEDIA TECHNOLOGY).18056.IB00.APPR
V158189.TELECOMMUNICATIONS SPECIALIST.17191.IB00.APPR
V158140.IT SPECIALIST (CUSTSPT).15016.IB00.APPR
V169013.LEAD IT SPECIALIST (CUSTSPT).15210.IB00.APPR
V158189.TELECOMMUNICATIONS SPEC.15139.IB00.APPR
V240039.IT SPECIALIST (SYSADMIN).19903.IB00.APPR
V240075.IT SPECIALIST (CUSTSPT).20226.IB00.APPR
V220107.MANAGEMENT AND PROGRAM ANALYST.20470.IB00.APPR
V240031.BROADCAST MAINTENANCE TECHNICIAN (MULTIMEDIA).19456.IB00.APPR
V240033.LEAD TV PRODUCTION SPECIALIST.19495.IB00.APPR
V158187.IB (MULTIMEDIA).19579.IB00.APPR
V4090.GENERAL ASSIGNMENTS REPORTER (ENGLISH).12591.IB00.APPR
V4090.GENERAL ASSIGNMENTS REPORTER (ENGLISH).18071.IB00.APPR
V220061.INT BROADCASTER (ENGLISH).18711.IB00.APPR
V210066.AUDIENCE ENGAGEMENT ANALYST.17938.IB00.APPR
V210066.AUDIENCE ENGAGEMENT ANALYST.18430.IB00.APPR
V3116.INTERNATIONAL BROADCASTER (ENGLISH).12357.IB00.APPR
V3116.INT BROADCASTER (ENGLISH).12364.IB00.APPR
VV220029.PRESS FREEDOM MULTIMEDIA REPORTER.18812.IB00.APPR
V210217.U\.S\. POLITICS AND POLICY REPORTER.18658.IB00.APPR
V210098.INTERNATIONAL BROADCASTER (DOMESTIC BEAT).18170.IB00.APPR
V210098.INTERNATIONAL BROADCASTER (DOMESTIC BEAT CORRESPONDENT).18014.IB00.APPR
V220036.EDITOR (BRIDGE).18350.IB00.APPR
V180007.GRAPHIC ARTIST.16578.IB00.APPR
V158132.EDITOR (STORY).17303.IB00.APPR

V210098.INTERNATIONAL BROADCASTER (DOMESTIC BEAT CORRESPONDENT).18017.IB00.APPR
V210098.INTERNATIONAL BROADCASTER (DOMESTIC BEAT CORRESPONDENT).18015.IB00.APPR
V4090.GENERAL ASSIGNMENTS REPORTER (ENGLISH).13978.IB00.APPR
V4090.GENERAL ASSIGNMENTS REPORTER (ENGLISH).12589.IB00.APPR
V220176.MEDIA ASSET DISPOSITION SPECIALIST.18573.IB00.APPR
V230067.IT SPECIALIST (INET).18828.IB00.APPR
V220151.MANAGEMENT AND PROGRAM ANALYST (FINANCIAL).18519.IB00.APPR
V210014.AUDIOVISUAL PRODUCTION SPECIALIST.17695.IB00.APPR
V147027.INTERNATIONAL BROADCASTER (TV/INTERNET).14135.IB00.APPR
V1156.INT BROADCASTER (INTERNET).11423.IB00.APPR
V3116.INT BROADCASTER (ENGLISH).12363.IB00.APPR
V114262.INT BROADCASTER (ENGLISH).12378.IB00.APPR
V147026.TV PRODUCTION SPECIALIST.14137.IB00.APPR
V220061.INT BROADCASTER (ENGLISH).18627.IB00.APPR
V136106.WRITER EDITOR (INTERNET).19348.IB00.APPR
V136106.WRITER EDITOR (INTERNET).13814.IB00.APPR
V147149.INT BROADCASTER (MULTIMEDIA).14910.IB00.APPR
V158198.EDITOR (SPECIALTY).15156.IB00.APPR
V136106.WRITER EDITOR (INTERNET).18891.IB00.APPR
V158132.EDITOR (STORY).15037.IB00.APPR
V158132.EDITOR (STORY).15042.IB00.APPR
V136192.INTERNATIONAL BROADCASTER.14622.IB00.APPR
V7857.TECHNICAL INFORMATION SPECIALIST.14347.IB00.APPR
V3116.INT BROADCASTER (ENGLISH).12370.IB00.APPR
V210014.AUDIOVISUAL PRODUCTION SPECIALIST.17694.IB00.APPR
V210014.AUDIOVISUAL PRODUCTION SPECIALIST.17697.IB00.APPR
V3104.INT BROADCASTER (VIDEO PHOTOGRAPHER).12301.IB00.APPR
V3116.INTERNATIONAL BROADCASTER (ENGLISH).13640.IB00.APPR
V170054.TECHNICAL INFORMATION SPECIALIST (DIGITAL ASSET).15950.IB00.APPR
V169164.INTERNATIONAL BROADCASTER.19860.IB00.APPR
V136153.TECHNICAL INFORMATION SPECIALIST (DIGITAL ASSET).13839.IB00.APPR
V8014.STAFF ASSISTANT (TYPING).9256.IB00.APPR

| Grade | Competitive Geo |
|-------|-----------------|
| GS-12 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-12 | Washington, DC |
| GS-11 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GG-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GG-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |

| | |
|---|---|
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GG-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-12 | Washington, DC |

| | |
|---|---|
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |

| | |
|---|---|
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | PALM BAY,BREVARD,FL |
| GS-14 | PASADENA,LOS ANGELES,CA |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |

| | |
|---|---|
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | PHOENIX,MARICOPA,AZ |
| GS-13 | PORTLAND,CUMBERLAND,ME |
| GS-12 | SAN ANTONIO,BEXAR,TX |
| GS-12 | HIGHLAND,MADISON,IL |
| GS-09 | SALEM,MARION,OR |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | NORFOLK (IND CITY),VA |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-09 | Washington, DC |
| GS-09 | Washington, DC |
| GS-13 | KISSIMMEE,OSCEOLA,FL |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-12 | New York, NY |
| GS-12 | New York, NY |
| GS-12 | CRYSTAL LAKE,MCHENRY,IL |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GG-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |

| GG-12 | Washington, DC |
|-------|----------------|
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |

| | |
|---|---|
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GG-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GG-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-14 | FRANCONIA,GRAFTON,NH |
| GS-13 | Washington, DC |
| GS-11 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-15 | Washington, DC |
| GS-12 | New York, NY |
| GS-13 | New York, NY |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |

| | |
|---|---|
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | CAPE CORAL,LEE,FL |
| GS-12 | WARSAW,RICHMOND,VA |
| GS-11 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-14 | Washington, DC |
| GS-13 | Washington, DC |

| | |
|---|---|
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-14 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-15 | Washington, DC |
| GS-12 | New York, NY |
| GS-13 | New York, NY |
| GS-12 | LOS ANGELES,LOS ANGELES,CA |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |

| | |
|---|---|
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-06 | Washington, DC |
| GS-11 | Washington, DC |
| GS-11 | Washington, DC |
| GS-08 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-14 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |

| | |
|---|---|
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GG-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GG-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |

| GS-13 | Washington, DC |
|-------|----------------|
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-14 | Washington, DC |
| GS-14 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | New York, NY |
| GS-13 | New York, NY |
| GS-13 | New York, NY |
| GS-13 | LA SALLE,IL |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |

| GS-13 | Washington, DC |
|-------|----------------|
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-11 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-13 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-12 | Washington, DC |
| GS-07 | Washington, DC |