## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

Patsy Widakuswara, *et al.*,

                      Plaintiff,

-against-

*KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,*

                      Defendant.

      25  Civ. 2390 ( JPO )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Norman Eisen hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Reporters Sans Frontières, Reporters Without Borders, Inc., AFSCME; and AFGE in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 27, 2025

Respectfully Submitted,

Applicant Signature: *Norman L. Eisen*

Applicant's Name: Norman Eisen

Firm Name: State Democracy Defenders Fund

Address: 600 Pennsylvania Avenue SE #15180

City/State/Zip: Washington, DC 20003

Telephone/Fax: (202) 594-9958

Email: Norman@statedemocracydefenders.org