UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

Patsy Widakuswara, *et al.*,
                            Plaintiff,

-against-                                          25 Civ. 2390 ( JPO )

*KARI LAKE, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.*,
                            Defendant.

**AFFIDAVIT SUPPORTING**

**ADMISSIONS PRO HAC VICE**

I, Norman Eisen, having been duly sworn, state the following

1. I have never been convicted of a felony.
2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.
3. I am not currently subject to any disciplinary proceedings against me.

Dated: March 27, 2025
       03/28/2025



Notarized remotely online using communication technology via Proof.

*Jerodinho Florely*

Respectfully Submitted,

*Norman L. Eisen*

Norman Eisen
State Democracy Defenders Fund
600 Pennsylvania Avenue SE, #15180
Washington, D.C. 20003
T: (202) 594-9958
norman@statedemocracydefenders.org

*Counsel for Plaintiffs*
*Reporters Sans Frontières*
*Reporters Without Borders, Inc.,*
*AFSCME*
*AFGE*